# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 13 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CR 22 - 152 SI

**CASE NAME:**

USA v.  Charles Richard Barrett

**CASE NUMBER:**  CR

| | | | | |
|---|---|---|---|---|
| Is This Case Under Seal? | Yes | | No ✓ | |
| Total Number of Defendants: | 1 ✓ | 2-7 | 8 or more | |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ | |
| Is this a potential high-cost case? | Yes | | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | | No ✓ | |
| Is this a RICO Act gang case? | Yes | | No ✓ | |

**Assigned AUSA
(Lead Attorney):** Kevin Yeh

**Date Submitted:** 04/13/22

**Comments:**
3:22-mj-70424

RESET FORM        SAVE PDF

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

APR 13 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

Charles Richard Barrett

**CR 22 152**

SI

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2252(a)(2), (b)(1) - Receipt of Child Pornography

A true bill.

/s/ Foreperson of the Grand Jury

                                    Foreman

Filed in open court this _13th_____ day of

_April_____

Clerk: Rose Maher

Bail, $ _No process_____

Hon. Thomas Hixson, U.S. Magistrate Judge

FILED

APR 1 3 2022


CLE... U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3

4

5

6                    CR 22- 152- SI

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION                    SI

11  UNITED STATES OF AMERICA,          )   CASE NO.
                                       )   
12         Plaintiff,                  )   VIOLATIONS:
                                       )   18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child
13      v.                             )   Pornography;
                                       )   18 U.S.C. § 2253(a) – Criminal Forfeiture
14  CHARLES RICHARD BARRETT,           )
                                       )
15         Defendant.                  )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18  _____)

19                        I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:        (18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography)

22      From on or about December 25, 2013, and continuing through on or about February 18, 2014, in

23  the Northern District of California, the defendant,

24                        CHARLES RICHARD BARRETT,

25  did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce,

26  and that had been shipped and transported in and affecting interstate and foreign commerce, by any

27  means including by computer, and the production of such visual depiction involved the use of a minor

28

   INDICTMENT

1  engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of
2  Title 18, United States Code, Sections 2252(a)(2) and (b).
3  <u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 2253(a))
4       The allegations contained in this Indictment are re-alleged and incorporated by reference for the
5  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.
6       Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth
7  in this Indictment, the defendant,
8                              CHARLES RICHARD BARRETT,
9  shall forfeit to the United States of America:
10       a.  any visual depiction described in Title 18, United States Code, Sections 2251 or
11           2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter
12           which contains any such visual depiction, which was produced, transported, mailed,
13           shipped or received in violation of Title 18, United States Code, Chapter 110;
14       b.  any property, real or personal, constituting or traceable to gross profits or other
15           proceeds obtained from the offenses; and
16       c.  any property, real or personal, used or intended to be used to commit or to promote
17           the commission of the offenses.
18       The property to be forfeited includes, but is not limited to:
19       a.  one Apple Macbook Pro, serial number C02LK6NQFH01; and
20       b.  one Apple Macbook Pro, serial number W800502Z66J.
21       If any of the property described above, as a result of any act or omission of the defendant:
22       a.    cannot be located upon exercise of due diligence;
23       b.    has been transferred or sold to, or deposited with, a third party;
24       c.    has been placed beyond the jurisdiction of the court;
25       d.    has been substantially diminished in value; or
26       e.    has been commingled with other property which cannot be divided without
27             difficulty,
28  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT                          2

1 | United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

2 | and Title 28, United States Code, Section 2461(c).

3 |       All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code,

4 | Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

5 |

6 | DATED: April 13, 2022                        A TRUE BILL.

7 |

8 |                                      /s/

                                     FOREPERSON

9 |

10 | STEPHANIE M. HINDS

United States Attorney

11 |

12 |      /s/ Kevin Yeh

13 | KEVIN YEH

Assistant United States Attorney

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

INDICTMENT                           3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**APR 13 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. § 2252(a)(2), (b)(1) - Receipt of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
- Mandatory minimum of 5 years' imprisonment
- Maximum of 20 years' imprisonment
- Maximum $250,000 fine
- Between five years and lifetime supervised release
- $5100 special assessment

### DEFENDANT - U.S

▶ Charles Richard Barrett

DISTRICT COURT NUMBER

**CR 22 152** SI

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HSI Special Agent Alexa N. Leisure

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3:22-mj-70424

Name and Office of Person Furnishing Information on this form
Stephanie M. Hinds

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
Kevin Yeh

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

U.S. District Court for the Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes   If "Yes" give date filed _____
☐ No

DATE OF ARREST ▶   Month/Day/Year 3/31/22

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments: