```
                                                              FILED
                                                              Jun 15 2022
                                                              Mark B. Busby
                                                              CLERK, U.S. DISTRICT COURT
                                                              NORTHERN DISTRICT OF CALIFORNIA
                                                              SAN FRANCISCO
```

# BOND MODIFICATION COVER SHEET

**TO:**   The Honorable Thomas S. Hixson           **RE:**   **BARRETT, Charles**
         U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief                      **Docket No.:**   3:22-cr-00152-SI
         U.S. Pretrial Services Officer

**Date:** June 15, 2022

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder                                              (408) 535-5230

U.S. Pretrial Services Officer                            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**The following condition is deleted:**

1. *The defendant must observe a curfew and remain at his residence every day from 8:00 p.m. to 7:00 a.m., except as directed by Pretrial Services.*

**The following conditions are added:**

2. *The defendant must observe a curfew and remain at his residence every day from 9:00 p.m. to 6:00 a.m., except as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions: _____

_____  June 15, 2022
**JUDICIAL OFFICER**                       _____
                                            **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge