~~PROPOSED~~ **ORDER/COVER SHEET**

|  |  |  |  |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Charles Richard Barrett |

```
                                                        FILED
                                                      Dec 14 2022
                                                      Mark B. Busby
                                              CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN FRANCISCO
```

|  |  |  |  |
|---|---|---|---|
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-cr-00152-1 |

**Date:** 12/14/22

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Timothy Elder | (415)436-7519 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A. The defendant may travel to Fresno (ED/CA), and Castroville on December 24-26.  During this time he must submit to location monitoring by GPS.  On December 27, he must be back in the Northern District of California and must resume location monitoring by RF.

    B.

    C. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_/s/ Thomas S. Hixson_     December 14, 2022
**JUDICIAL OFFICER**     **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge