**~~PROPOSED~~ ORDER/COVER SHEET**

```
FILED
Jan 05 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

**TO:**   Honorable Thomas Hixson                **RE:**   Charles Richard Barrett
            U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief                     **Docket No.:**   3:22-cr-00152-1
           U.S. Pretrial Services Officer

**Date:**  1/5/23

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                    (415)850-6475

U.S. Pretrial Services Officer                   **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. Ctrm.14 18th flr. on 1/12/2023 at 10;30 AM   450 Golden Gate Ave. SF

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   A. _____

   B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*[signature]*                                    1/5/2023
**JUDICIAL OFFICER**                              **DATE**
Honorable Thomas S. Hixson
United States Magistrate Judge