## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL MINUTE ORDER

| Case No.: 22-cr-00152-SI-1 | Case Name: USA v. Charles Richard Barrett |
|---|---|
| **United States District Judge:** SUSAN ILLSTON | **Date**: January 31, 2023 — **Time:** 39 M (12:04-12:43) |

**Attorney for Government:** Jared Buszin for Kevin Yeh
**Attorney for Defendant:** Ellen Leonida, CJA
**Defendant:** [X] Present: [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody
**Interpreter:** n/a
**US Probation:** n/a

**Deputy Clerk:** Karen Hom          **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

1. Change of Plea – Held
2. Gov't Motion for Remand – Denied.

### ORDERED AFTER HEARING

Defendant Charles Barrett was sworn.
Defendant stated his age is 33.
Defendant was advised of his rights and waived said rights.
The Court voir dired the Defendant re: Change of Plea and found the Defendant competent and accepted his plea of guilty as to Count One (1) of the Indictment as knowing and voluntary.
The Plea Agreement is ordered filed.
Court orders the matter referred to the Probation Office for preparation of a Presentence Report.
Referral for preparation of pre-sentence report emailed to USPO.
Court heard oral argument on the Government's Motion for Remand.

**CASE CONTINUED TO:**   05/08/2023 at 11:00 AM for Sentencing (In-Person).