1  Ellen V. Leonida, Esq.
   leonida@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
3  351 California Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone:  (415) 599-0210
   Facsimile:   (415) 599-0210
5
   *Counsel for Defendant, Charles Richard Barrett*
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12
   UNITED STATES OF AMERICA,           Case No. 3:22-cr-00152-SI
13
                  Plaintiff,           **STIPULATION TO CONTINUANCE;**
14                                     **[PROPOSED] ORDER**
         v.
15
   CHARLES RICHARD BARRETT,
16
                  Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED between the parties to this action that the Sentencing date of May 8, 2023 at 11:00 a.m., be vacated and re-set for June 16, 2023, at 11:30 a.m.

The requested continuance is necessary to afford Mr. Barrett time to conduct his PSR interview and because counsel for the government is unavailable until after May 29, 2023. Katrina Chu, the assigned probation officer, is available on June 16, 2023.

Respectfully submitted,

Dated: March 10, 2023

*/s/ Ellen V. Leonida*
ELLEN V. LEONIDA
BraunHagey & Borden LLP
*Counsel for Defendant*

Dated: March 10, 2023

*/s/ Kevin Yeh*
KEVIN YEH
Assistant United States Attorney

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 16, 2023, at 11:30 a.m. for sentencing.

IT IS SO ORDERED.

DATED: March 10, 2023

_____
HON. SUSAN ILLSTON
United States District Judge