1  Ellen V. Leonida, Esq.
      leonida@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
3  San Francisco, CA 94104
4  Telephone: (415) 599-0210
   Facsimile:  (415) 276-1808
5
   *Counsel for Defendant, Charles Richard Barrett*
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
                                            Case No. 3:22-cr-00152-SI
12  UNITED STATES OF AMERICA,
                                            [PROPOSED] ORDER GRANTING
            Plaintiff,                      DEFENDANT'S MOTION TO CONTINUE
13                                          SENTENCING HEARING
        v.
14
    CHARLES RICHARD BARRETT,
15
            Defendant.
16

17

18      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for

19  Defendant Charles Barrett is continued to  6/30/2023 at 11:30 AM in Courtroom 1, 17th Floor.

20

21  IT IS SO ORDERED.

22

23  DATED:    06/06/2023                    _____
                                            HON. SUSAN ILLSTON
24                                          United States District Judge