Ellen V. Leonida, Esq.
  leonida@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:   (415) 276-1808

*Counsel for Defendant, Charles Richard Barrett*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES RICHARD BARRETT,<br><br>Defendant. | Case No. 3:22-cr-00152-SI<br><br>**DECLARATION OF ELLEN V. LEONIDA IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Date:         July 28, 2023<br>Time:        11:30 A.M.<br>Judge:      Hon. Susan Illston<br>              Courtroom 01, 17th Floor |

I, Ellen V. Leonida, declare:

1.      I am licensed to practice before this Court and I have been appointed to represent Defendant Charles Barrett in the above-captioned matter. If called as a witness, I could, and would, testify competently to the facts stated herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from Mr. Barrett.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a letter of support from Sally and Thomas George, mother and stepfather of Mr. Barrett.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a letter of support from Bethan Rubalcava, sister of Mr. Barrett.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a letter of support from Daniel Chastain, friend of Mr. Barrett.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a letter of support from Lucrecia Ugarte, friend of Mr. Barrett.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a letter of support from Cheyanne Lillie-Boyle, friend of Mr. Barrett.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  July 21, 2023                                                Respectfully submitted,


                                                                                 */s/ Ellen V. Leonida*
                                                                                 ELLEN V. LEONIDA
                                                                                 BraunHagey & Borden LLP

                                                                                 *Counsel for Defendant,*
                                                                                 *Charles Richard Barrett*