# EXHIBIT A

To Whom it May Concern,

I am writing today in order to continue the process of reconciliation and redemption for my actions. I have no excuse to offer the Court and take full responsibility for the events and behaviors that have led me here. I am deeply sorry to the people I have harmed and to the community that I have let down. Regardless of the outcome of these proceedings I am committed to making amends with my community and will spend the remainder of my life working to restore and repair the damage I have caused.

Since my arrest in April of 2022 my life has changed dramatically and forced me to reevaluate countless aspects of who I am and what place I hold in the world. I spent the majority of my time in pursuit of my passion, making and performing music. At an early age music captured my imagination and my heart. It consumed every aspect of my life and became my own safe space. When my mind was focused on music my fears and struggles evaporated away.

As a child I grew up in a conservative Christian community and lived in constant fear of being outed as gay. I was taught that being gay was a sickness and a disgusting way to be. These ideas were reinforced by seemingly everyone around me, even people who were kind and compassionate in every other situation would cringe at the thought of someone being gay. Being told that I would never be loved, along with the fear of losing my family due to my sexuality, was deeply traumatic and I am still working to untangle the roots of these ideas in my own mind.

My sexuality was not the only thing that caused me to feel great shame while growing up, I was surrounded by people with seemingly ideal lives while my family seemed to be falling apart. My mother began having significant mental health struggles while I was in Junior High. She suffered from Bi-polar disorder, manic depression, and schizophrenia which led her to begin years of self harm and suicide attempts. At this time my dad was working very long shifts at a job an hour away from home, my older brother was preoccupied with his friends, and my younger siblings were unable to understand what was happening. Much of my mother's care fell to me. Images of her clutching a knife and blood dripping from her wrists are as vivid in my mind today as they were when I was a child. My mother is the most kind and loving person I have ever met, watching her suffer and lose herself to her own mind was unbearably difficult.
I could not share what was happening at home with anyone out of fear they would take my mother away from us. I couldn't share myself with anyone out of fear that I would be taken away from the people I loved.

I tried to put on a strong face, I focused on my education and my dreams of pursuing a career in music, I hid myself from the world while worrying that I was one wrong step from being alone. I did not know how to be in a romantic relationship or how to even go about meeting other gay people. This is what led me to begin exploring online dating. I eventually met someone who I would date for a couple years, our relationship was unhealthy and he was borderline abusive. I only ate the food he approved if, saw the people who allowed me to, did the things he accepted, and cut myself off from friends and family to appease him.

Shortly after we separated I once again tried online dating. By this time I was in my mid twenties, had no idea who I was, or how to be in a healthy relationship. I was seeking love and acceptance from anyone who showed interest in me. I had just finished my masters degree but struggled to find work in the music industry. Additionally, I had to spend two weeks in the hospital after nearly dying from a ruptured Appendix.

It was during this dark period of my life that I engaged in the conduct at the center of this case. I never intended to cause any harm but ignorance is not a justification for my actions. I now know how my actions and choices were wrong, I deeply regret what I did and will never make the same mistake again.

Today, I am a very different person. I am happily married and have a healthy relationship with my husband and my family. Both have supported me with their kindness, love, and wisdom throughout this process and I am eternally grateful for them. As a result of my actions, and my arrest, I lost the career that I had worked so hard to build, relationships with my friends and colleagues, and, once again, live with the shame of what others will think of me. However, the person that made the terrible choices that resulted in my arrest is not the person I am anymore.

I now attend therapy (separate from the Court mandated counseling) to help work through my childhood trauma and become a healthier, more aware, and more mindful person. I see a psychiatrist for treatment for anxiety and depression. I am committed to becoming a better person and look forward to the opportunity to redeem myself in the eyes of my family, friends, community, and the court.

I have found a new purpose and a new career path working in the automotive industry. When I began my new job, our location was losing money and on the verge of closing. I am proud to report we are now the top location in the country, regularly double our operating costs, and have received hundreds of perfect reviews from our customers. Although I never foresaw myself working in this field, it has been incredibly fulfilling to find a new career where I can continue to learn and grow.

In closing, I would like to reiterate that I take full and complete responsibility for my actions. I am deeply sorry for the damage that I have caused and, regardless of the outcome of these proceedings, will spend the rest of my life atoning for the mistakes that I have made. Thank you for taking the time to read this letter and for taking it into consideration.

-Charles Barrett