United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

              Plaintiff,

      v.

BARRETT,

              Defendant.

Case No.  22-cr-00152-SI-1

**ORDER RE LETTER FROM CHARLES BARRETT**

Re: Dkt. No. 87

The Court is in receipt of defendant's letter requesting a non-binding judicial recommendation for 365 days placement at a residential reentry center or home confinement. Dkt. No 87. The Court finds no reason to do so at this time and **DENIES** defendant's request without prejudice.

**IT IS SO ORDERED**.

Dated: November 21, 2025

SUSAN ILLSTON
United States District Judge